28131. PULLEN, next friend, *v.* GEORGIA STAGES INC.

BROYLES, C. J. This case is controlled by the decision in *Pullen* v. *Georgia Stages Inc.,* 62 *Ga. App.* 592 ( S. E. ).

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*